UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DENISE GABLER and
PETER A. PFAU,

                        Plaintiffs,

v.                                                     Case No. 14-CV-0266

CITY OF MILWAUKEE,

                        Defendant.

---

**JOINT FRCP 16 and 26(f) REPORT**

---

      1.     This joint FRCP 16 and 26(f) report is being filed in anticipation of the Fed.R.Civ.P. 16(b) scheduling conference set for January 6, 2015 (Central Time), telephonically, at 9:30 A.M.

      2.     Plaintiffs have brought a 42 U.S.C. Sec. 1983 suit, alleging a violation of Equal Protection, and claims under Title VII of the Civil Rights Act of 1964, *as amended*, alleging discrimination based upon sex and national origin, and retaliation. The Defendant alleges many defenses, including that the Plaintiffs have failed to state a claim upon which relief may be granted.

      3.     Pursuant to the Court's October 24, 2014 order, and Fed.R.Civ.P. 16 and 26(f), the Plaintiff and counsel for the Defendant (hereinafter, "the parties") have corresponded on December 26, 2014 and thereafter to create this report. This court has jurisdiction over this action, pursuant to 28 U.S.C. §§ 1331 and 1343.

      4.     The parties propose the following dates as a discovery plan:

           a.     The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) [initial disclosures] by February 2, 2015.

      b.      A discovery cutoff date of October 2, 2015.

      c.      Names and reports of retained experts under Fed.R.Civ.P. 26(a)(2), if any, is due from Plaintiff by March, 24 2015 and from Defendant by April 24, 2015.

      d.      Dispositive motions should be filed by November 16, 2015.

5.      The parties do not anticipate the exchange of electronically stored information, but have agreed to produce documents asked for in document requests via electronic method (disc, zip drive, email), when possible.

6.      The parties have not engaged in mediation or settlement discussions. The parties do not think mediation would be fruitful at this time. If, after receipt of the Initial Disclosures, the parties believe that mediation will be fruitful, the parties will advise the court.

Dated and signed at Milwaukee, Wisconsin this 26th day of December, 2014.

HEINS & MINKO LLC
Counsel for the Plaintiffs

s/Janet L. Heins
JANET L. HEINS
State Bar No. 1000677

P.O. ADDRESS:
1001 West Glen Oaks Lane, Suite 101
Mequon, WI 53092
Telephone: 262-241-8444
Fax: 262-241-8455
Email: jheins@heinslawoffice.com

GRANT F. LANGLEY
City Attorney

s/MaryNell Regan
MARYNELL REGAN
Assistant City Attorney
State Bar No. 1023264
Attorney for Defendant Milwaukee Public Schools

P.O. ADDRESS:

800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: 414-286-2601
Fax: 414-286-8550
Email: mregan@milwaukee.gov
1032-2014-1115:211150