UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENISE GABLER and
PETER A. PFAU,
        Plaintiffs,

   v.                                                   Case No. 14-CV-266

CITY OF MILWAUKEE,
        Defendant.

## ORDER

The plaintiffs, Denise Gabler and Peter Pfau, bring this action against the defendant, the City of Milwaukee, alleging discrimination and retaliation in violation of their rights under the Constitution and laws of the United States. Discovery closed on October 15, 2016, and dispositive motions are due on November 15, 2016. On October 26, 2016, defendant filed a motion for an extension of time for both discovery and the filing of dispositive motions, stating that, due to scheduling issues, the parties have not been able to complete discovery. Specifically, there are three depositions that the plaintiffs still need to take. Defendant has requested that any extension of time for discovery be limited to these three depositions. Defendant subsequently filed an expedited motion asking for the same relief. Plaintiffs have not opposed defendant's expedited motion, and I find that defendant states good cause to modify the schedule.

**THEREFORE, IT IS ORDERED** that defendant's expedited motion for an extension of time and to limit discovery (ECF No. 43) is **GRANTED**. Plaintiffs may take the depositions of Milwaukee Police Officer Ted Puente, Milwaukee Police Sergeant Allen Groszczyk, and Milwaukee Police Lieutenant Joseph Seitz but must do so by

1

**November 15, 2016**. No other additional discovery may be conducted. Any dispositive motions must be served and filed on or before **December 22, 2016**.

      **IT IS FURTHER ORDERED** that defendant's motion for an extension of time and to limit discovery (ECF No. 41) is **DENIED AS MOOT**.

      Dated at Milwaukee, Wisconsin, this 7th day of November, 2016.

                        s/ Lynn Adelman
                        _____
                        LYNN ADELMAN
                        District Judge